


# Kansas Bureau of Investigation CMS
## INVESTIGATIVE KBI17-534/25
Report Date: 12/09/2017



J. Swearingen
EXHIBIT NO. 5
10-20-21
METROPOLITAN

**Warning**
Contains entities exempt from disclosure

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER-
US DISTRICT COURT CASE 20-CV-02630

### Primary Information
| | |
|---|---|
| Description: | INFORMATION FROM RYAN & JESSICA SWEARINGEN |
| Occurrence From: | 11/28/2017 20:45 |
| Occurrence To: | 11/28/2017 21:10 |
| Dissemination Code: | RESTRICTED (NORMAL) |
| Reporting LEO: | BURK, RONNIE (629 / STAFF / KANSAS BUREAU OF INVESTIGATION) |
| Approval Status: | Approved |
| Approved Date: | 02/21/2018 |
| Approved By: | SMITH, WILLIAM SAC (167 / STAFF / KANSAS BUREAU OF INVESTIGATION) |

### Synopsis
Information from Ryan and Jessica SWEARINGEN regarding David A. HUGGINS.

### Address #1 - OCCURRED AT #1 - 20050 E 1100TH RD
**Primary Information**
Address: 20050 E 1100TH RD, PLEASANTON, KANSAS 66075, UNITED STATES
REGION: NORTHEAST

### Subject #1 - VICTIM #1 - SWEARINGEN, ALEXIS NICOLE
**Primary Information**
| | |
|---|---|
| Exempt From Disclosure: | YES |
| Subject Name: | SWEARINGEN, ALEXIS NICOLE |
| Record Type: | PERSON |
| Bio: | 15 yr. old, WHITE, FEMALE |
| Birth Date: | 03/28/2002 |
| Juvenile: | YES |

**Addresses**
| Relationship | Address |
|---|---|
| CURRENT ADDRESS | 20050 E 1100TH RD, PLEASANTON, KANSAS 66075, UNITED STATES |

### Subject #2 - SUSPECT #1 - HUGGINS, DAVID ALLEN
**Primary Information**
| | |
|---|---|
| Subject Name: | HUGGINS, DAVID ALLEN |
| Record Type: | PERSON |
| Bio: | 45 yr. old, WHITE, MALE |
| Birth Date: | 11/29/1972 |
| Juvenile: | NO |



# Kansas Bureau of Investigation CMS
## INVESTIGATIVE KBI17-534/25
Report Date: 12/09/2017

### Subject #2 - SUSPECT #1 - HUGGINS, DAVID ALLEN - Continued

**Primary Information - Continued**

Place Of Birth State: KANSAS

**Personal Information**

Photo: YES

**Addresses**

| Relationship | Address |
|---|---|
| CURRENT ADDRESS | 317 N BROADWAY, LACYGNE, KANSAS, UNITED STATES |

### Subject #3 - INVESTIGATIVE SOURCE #1 - SWEARINGEN, JESSICIA LEEANN

**Primary Information**

Subject Name: SWEARINGEN, JESSICIA LEEANN
Record Type: PERSON
Bio: 36 yr. old, WHITE, FEMALE
Birth Date: 10/12/1981
Juvenile: NO

**Addresses**

| Relationship | Address |
|---|---|
| CURRENT ADDRESS | 20050 E 1100TH RD, PLEASANTON, KANSAS 66075, UNITED STATES |

### Subject #4 - INVESTIGATIVE SOURCE #2 - SWEARINGEN, RYAN LON

**Primary Information**

Subject Name: SWEARINGEN, RYAN LON
Record Type: PERSON
Bio: 35 yr. old, WHITE, MALE
Birth Date: 05/04/1982
Juvenile: NO

**Addresses**

| Relationship | Address |
|---|---|
| CURRENT ADDRESS | 20050 E 1100TH RD, PLEASANTON, KANSAS 66075, UNITED STATES |

Narrative begins on the following page.

KBI 00030



## Kansas Bureau of Investigation CMS
## Investigative Report

KBI17-534/25

On November 29, 2017, at approximately 8:45 P.M., Special Agent (SA) Ronnie BURK, of the KANSAS BUREAU OF INVESTIGATION (KBI), spoke with Ryan L. and Jessica L. SWEARINGEN regarding the aggravated indecent liberties investigation involving their fifteen year old daughter, Alexis N. SWEARINGEN. SA BURK had just completed interviewing A. SWEARINGEN.

After the interview, it was expressed to R. and J. SWEARINGEN that it was believed that A. SWEARINGEN was not being truthful about her pregnancy, still insisting that she had sex only one time in May 2017. R. and J. SWEARINGEN said that as this matter has continued, they had recalled more things and statements made by David A. HUGGINS, that were starting to worry them.

J. SWEARINGEN said that A. SWEARINGEN has made comments about doing anything to protect HUGGINS and she recalled and incident towards the end of the 2017 school year, late spring of 2017. J. SWEARINGEN stated that her and A. SWEARINGEN, were coming home from the Kansas City Metro area, around 1 A.M., from a concert. J. SWEARINGEN noticed that A. SWEARINGEN was using FACEBOOK Messenger to speak with HUGGINS. When confronted, A. SWEARINGEN stated that she was talking to HUGGINS about school problems. HUGGINS was the assigned School Resource Officer at the PLEASANTON HIGH SCHOOL at the time. R. SWEARINGEN stated that he later asked HUGGINS why he was talking to his daughter so late/early in the morning and he stated that it was because A. SWEARINGEN was having an issue with a bully.

On or around September 29, 2017, R. SWEARINGEN stated that he was deer hunting with HUGGINS and felt the need to discuss the pregnancy and potential abortion involving A. SWEARINGEN. At this time, R. SWEARINGEN said that he considered HUGGINS a close friend and someone he could trust. R. SWEARINGEN stated that HUGGINS told him that he didn't believe in abortion and offered to raise A. SWEARINGEN'S child. At the time, R. SWEARINGEN thought that was just an honorable thing that HUGGINS had offered to do but not due certain facts in this investigation, he feels concerned about that statement.

ATTACHMENT: NONE

KBI 00031