# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **ALEXIS SWEARINGEN** )<br> )<br> **Plaintiff,** )<br> )<br>v. )<br> )<br>**BOARD OF COUNTY** )<br>**COMMISSIONERS** )<br>**OF LINN COUNTY, KANSAS, et al.** )<br> )<br> **Defendants.** ) | Case No. 20-cv-2630-DDC-TJJ |

## PLAINTIFF'S MOTION TO DEFER CONSIDERATION OF SUMMARY JUDGMENT AND TO REOPEN DISCOVERY

Discovery closed in this matter on November 30, 2021. However, on March 18, 2022, the Linn County Defendants produced an email from a Linn County Sheriff Detective containing extensive information about David Huggins involvement with Plaintiff. **See Ex. A to Memorandum**. Plaintiff should be permitted to discovery information related to the late-produced email, including from the author and witnesses identified in the email.

Plaintiff incorporates her Memorandum in Support by reference.

WHEREFORE, Plaintiff requests that the Court (1) grant Plaintiff 45 days to conduct additional discovery related to the allegations and witnesses identified in the email; (2) continue Plaintiff's deadline to respond to the two pending summary judgment motions (Doc. 110, 113) until 14 days after the end of the 45-day discovery period; (3) permit Plaintiff to amend her initial disclosures to add additional witnesses identified during this discovery period; and (4) permit Plaintiff's experts to revise their opinion testimony.

        Respectfully submitted,

        DRZ LAW, LLC

        /s/ Chris Dove
        Christopher Dove     KS #21251
        Daniel R. Zmijewski  KS #21275
        8700 State Line, Suite 305
        Leawood, KS 66206
        913-400-2033
        chris@drzlawfirm.com
        dan@drzlawfirm.com
        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that on April 1, 2022, the foregoing was electronically filed using the Court's electronic filing system, which will send notice of electronic filing to all registered attorneys of record.

        /s/ Chris Dove