UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALEXIS SWEARINGEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF COUNTY )<br>COMMISSIONERS )<br>OF LINN COUNTY, KANSAS, et al. )<br>)<br>Defendants. ) | Case No. 20-cv-2630-DDC-TJJ |

### AFFIDAVIT OF CHRISTOPHER DOVE

I, Christopher Dove, being of sound mind and legal age, state that the following is true and correct based on my personal knowledge:

1. I am an attorney of record for Plaintiff Alexis Swearingen in this matter.

2. The Linn County Defendants produced the email, which is attached as Exhibit A to the Memorandum, on March 18, 2022, several months after discovery closed.

3. The late-produced email contains previously unknown allegations that the Linn County Defendants and/or USD 344 had additional notice of David Huggins' improper behavior toward Plaintiff.

4. The author of the late-produced email is Detective Bobby Johnson of the Linn County Sheriff's Department, whom had not been previously identified as a person with knowledge.

5. The late-produced email also identifies multiple witnesses, that the Linn County Defendants did not identify, who observed David Huggins' improper behavior toward Plaintiff.

1

6. Plaintiff requests that the Court delay ruling on Defendants' two motions for summary judgment and to re-open discovery because it is probable that, at the least, discovery would allow Plaintiff to gather evidence regarding:

- Whether the Linn County Defendants conducted a reasonable inquiry for responsive information;

- The information known by the Linn County Defendants regarding David Huggins' improper behavior toward Plaintiff and when the Defendants became aware of such information;

- The information known by USD 344 regarding David Huggins' improper behavior toward Plaintiff during the prior school year and school year at issue and when USD 344 became aware of such information; and

- The information known by the witnesses identified in the email, when they obtained such information, and when they reported such information to any of the Defendants.

7. Plaintiff could not obtain this information before because the late-produced email and Detective Bobby Johnson's involvement was not known to exist. The Linn County Defendants had control over the information, and Plaintiff has been required to rely on them to produce the information.

_____
Chris Dove

2