STATE OF __Kansas__ )
) ss.
COUNTY OF __Linn__ )

## AFFIDAVIT OF TOM MORE

I, Tom "Chip" More, of lawful age, and being duly sworn upon my oath, state upon personal knowledge:

1. I am employed as a deputy sheriff by the Linn County Sheriff's Office in Linn County, Kansas and have been so employed during the events referenced in this affidavit.

2. On or about September 20, 2017, I was referred a case to be investigated from a social worker at the Kansas Protection Report Center regarding an allegation of abuse of a 15-year-old girl named Alexis Swearingen, who was pregnant.

3. On or about September 21, 2017, I met with Ryan and Jessica Swearingen, who are Alexis's parents, at their home.

4. During this meeting, I was informed that Alexis Swearingen stated she had sex one time in late June/early July. Alexis had a positive pregnancy test, which was subsequently confirmed by a doctor. However, the time frame for the pregnancy did not coincide with the approximate date of the sexual intercourse. If Alexis had sex only once, in late June/early July, that would place her pregnancy at 10-12 weeks. However, the blood work showed a time frame of 4-6 weeks.

**EXHIBIT 2**

5. I informed Ryan and Jessica Swearingen that it was important for us to find out who the suspect is and that he committed a crime. Ryan stated he knew who the suspect was but was reluctant to say because he did not want to ruin his life. I tried to explain that as an adult, the suspect should have known better.

6. After speaking with Ryan Swearingen for some time, Ryan stated that he had been in contact with the suspect and that the suspect was respectful and apologetic. He eventually identified the suspect as Micah Taylor, who was an approximately 20-year-old member of the U.S. Navy. He was apparently home in Pleasanton, Kansas on leave during late June/early July 2017.

7. Ryan Swearingen had text messages from Mr. Taylor containing his admission of the crime.

8. A social worker with the Fort Scott Division of the Kansas Department for Children and Families conducted a forensic interview of Alexis Swearingen on or about October 12, 2017. I observed the interview through a closed circuit television in another room. During the interview, Alexis stated Micah Taylor arrived at her house at 5 a.m. that morning to pick her up. They drove down a country road for a little ways and then had sex. Alexis said that it was a mutual arrangement for them to have sex. Alexis stated she was back at the house at 5:30 a.m. that same morning. Alexis stood by the fact that this was the only time she had sex.

9. After my meeting with Ryan and Jessica Swearingen, we were still trying to determine whether Alexis had an additional sexual encounter that should be investigated because

2

of the discrepancy between the length of time her test revealed she was pregnant and the date when she stated she had sex with Mr. Taylor.

10. Later, I heard a rumor that Alexis Swearingen had been seen putting her foot between David Allen Huggins's legs at a local restaurant. I also heard Alexis had been spending a lot of time with Huggins. I conveyed the information I received to Sheriff Paul Filla, who notified the Kansas Bureau of Investigations. To the best of my recollection, this occurred in October 2017.

FURTHER AFFIANT SAYETH NOT.

_____
Tom More

In witness whereof, I have hereunto subscribed my name and affixed my official notary seal of the State of Kansas, on March ___, 2022.

_____
Notary Public in and for said County and State

My Commission Expires:

06-18-2023

RITA M. RHODES
Notary Public - State of Kansas
My Appt. Expires 06-18-2023

3