STATE OF KANSAS      )
                     ) ss.
COUNTY OF LINN       )

## AFFIDAVIT OF KEVIN FRIEND

I, Kevin Friend, of lawful age, and being duly sworn upon my oath, state upon personal knowledge:

1. I began serving as Sheriff of Linn County, Kansas in October 2019 and currently hold that role.

2. I was not the Sheriff of Linn County when David Allen Huggins was employed by Linn County Sheriff's Office. Paul Filla was the Sheriff when David Allen Huggins was hired as a sheriff's deputy and ultimately fired.

3. I never employed David Allen Huggins, nor did I ever have any supervisory authority over him. I do not know, nor have met, nor have ever known David Allen Huggins in any capacity.

4. I had no knowledge of any of the events that form the basis of Alexis Swearingen's lawsuit against me until after Huggins was arrested.

FURTHER AFFIANT SAYETH NOT.

_____
Kevin Friend

**EXHIBIT A**

**EXHIBIT 3**

In witness whereof, I have hereunto subscribed my name and affixed my official notary seal of the State of Kansas, on March 16, 2022.

_____
Notary Public in and for said County and State

My Commission Expires:

8-24-24

KANDICE A ROST
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 8-24-24

2