IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ALEXIS SWEARINGEN,** | |
| Plaintiff, | Case No. 2:20-cv-02630-DDC-TJJ |
| v. | |
| **BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LINN COUNTY, KS, et al.,** | |
| Defendants. | |

**ANSWERS AND OBJECTIONS OF BOARD OF COUNTY COMMISSIONERS OF LINN COUNTY TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant Board of Commissioners of the County of Linn County, KS ("BOCC"), by undersigned counsel, provides the following answers and objections to Plaintiff's First Interrogatories to Defendant Board of County Commissioners of the County of Linn County, KS.

**DEFINITIONS**

1. "You" or "your" shall mean Linn County, Kansas, including the Board of County Commissioners, the Sheriff's Office, Paul Filla, and any departments, agencies, agents, officials, directors, current and former employees and representatives.

**INTERROGATORIES**

1. Identify every individual possessing factual information related to the allegations of this suit, your Answer or any of your stated affirmative defenses. For each individual, provide the individuals name and contact information and identify the factual information the individual possesses.

**ANSWER:**

**EXHIBIT 4**

In addition to the witnesses identified in the parties' Rule 26 disclosures, Defendant identifies the following individuals who may possess factual information related to this suit:

1. **Deputy Tom More**
   As a current employee of the Linn County Sheriff's Office, this individual may only be contacted through the undersigned counsel.

   This individual has information related to the Linn County Sheriff's Office becoming aware that there was potentially an improper relationship between Plaintiff and David Allen Huggins.

2. **Sergeant Clint Johnson**
   As a current employee of the Linn County Sheriff's Office, this individual may only be contacted through the undersigned counsel.

   This individual may have information related to David Allen Huggins's performance reviews that were completed when Mr. Huggins was an employee of Linn County Sheriff's Office.





       7.     Identify any reports or "rumors" that you received regarding improper behavior regarding David Allen Huggins and Alexis Swearingen. In identifying such communications, please state:

       a.    The name(s) of the person(s) who received the report;

       b.    The date(s) of the report;

       c.    What was reported.

**ANSWER:**

**Objection. This Interrogatory is ambiguous and vague in that it does not define the quoted word "rumors." Subject to and without waiving this objection, Defendant states as follows:**

**In September and/or October 2017, Linn County Sheriff's Deputy Tom More heard an unconfirmed rumor that Plaintiff was seen putting her foot between Huggins's legs while at a restaurant. Deputy More also learned that Plaintiff had been spending a lot of time in Huggins's office at the high school, which by itself did not cause More to suspect improper behavior, but, when considered with the restaurant rumor described above and**

5

**the investigation surrounding Plaintiff's pregnancy, caused him to convey this information to Paul Filla, who was Sheriff of Linn County at the time.  Sheriff Filla promptly reported it to the KBI, which conducted an investigation that led to the arrest of Huggins.**



## SWORN SIGNATURE PAGE

STATE OF __KS__ )
                                                    ) ss
COUNTY OF __Linn__ )

The below named person, being duly sworn on oath states that he/she has read the foregoing interrogatories and the answers given are true to the best of affiant's knowledge and belief.

*Ricky J James*
*CHAIRMAN*
(NOT TO BE SIGNED BY ATTORNEY)

The foregoing answers to interrogatories were subscribed and sworn to before me this 12th day of __August__, 2021.

*Deborah R White*
Notary Public

My Commission Expires

__9-6-22__

DEBORAH L WHITEMAN
Notary Public - State of Kansas
My Appointment Expires
9-6-22

8