EXHIBIT A

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



**Bobby Johnson**
Thu 10/26/2017 4:21 PM

To: Paul Filla
Cc: Roger Holt

Sheriff,

You and I spoke about the allegation regarding Allen Huggins which Paul McKee brought to your attention. I conducted follow ups with Mike Faggins and Melisa Garret and am at this time able to give a report of my finding and a recommendation of what I think should be done next. With that I have found no hard evidence or physical evidence but have came across a lot of circumstantial statements which I believe give cause for further inquiry. I feel if we do not recommend further investigation that McKee or Faggins will call an CPOST and request further investigation; which would make us look like we covered up or attempted to cover things up, with that being said this is a CYA email for me.

The following is what I know in the best chronological order that I can give:

McKee told me at the end of last school year that parents were complaining about Allen taking Alexis home from school, believing to be inappropriate.

Faggins stated during the Fair Alexis was unusually close to Allen always walking very close to him then acting like she wanted to know where he was at when he wasn't there.

During the summer Allen drove Alexis around selling Blu Jay cards.

Melisa Garret stated that Alexis would all be sure to point out Allen's car when he drove by the restaurant where she was working.

LC 000493

Melisa Garret stated that Alexis would all be sure to point out Allen's car when he drove by the restaurant where she was working.

Melisa stated that she observed Allen (in uniform) set across a booth from Alexis for approximately two hours one day at which time Melisa observed Alexis foot between Allen's legs.

Just prior to the start of the this school year Travis Laver called complaining about Allen befriending girls on his Facebook.

When news of Alexis becoming pregnant broke Deputy More stated his daughter had made mention of how students were talking about how much time Alexis spent in Allen's office.

Allen mentioned to me that Ryan Sweringen had called him telling Allen that the date of Alexis's inception was during a weekend that she spent the night with Allen's daughter at Allen's house.

Melisa stated one day before the baby was aborted that Alexis told her Alexis had been the Doctor's and the baby's heart rate was 134, Melisa said she told Alexis that the baby would be a boy; at which time Alexis touched her stomach and said "David Allen".

The supposed father is a person in the military that no one can seem the speak with.

Deputy More states that the dates Alexis has stated she had intercourse with the supposed father, don't match the dates of inception.

Recommendations:

LC 000494

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Recommendations:

I know in the past we have had Tate West conduct investigations in regards to internal matters, but in this incident we know Allen and Tate have a personal friendship, Allen used to work for Tate, and Tate my possibly be running for Sheriff with Allen as his Undersheriff. With that being said I believe it would be a conflict of interest to have Tate conduct any further inquiry on the matter I also feel Shawn West should be considered an extension of Tate and excluded. It is my recommendation that Allen remain out of the School and the KBI called into conduct a further investigation.

Please understand that it brings me no pleasure to tell you all of this. It is no secret that Allen and I have not always got along but recently I feel we have made strides too. I feel my involvement in this matter reaches Allen or Tate that it my hinder my employment in the future if Tate becomes Sheriff. With that I ask you keep my involvement in this matter ==confidential== need to known.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

Detective Bobby Johnson
Linn County Sheriff's Office
107 S. 4th Street, Mound City, Kansas
(913) 795-2665

LC 000495