1 like?

2     A. No.

3     Q. Do you recall what Sheriff Filla told the

4 Board regarding Alexis Swearingen and Mr. Huggins?

5     A. I don't remember word for word but it was

6 there was an investigation going on with an SRO

7 officer at the time and we left it at that.

8     Q. Uh-huh. Did the Board have any

9 communications or contact with the Pleasanton

10 School District regarding SRO Huggins?

11     A. No Board member that I'm aware of had any

12 connection with that.

13     Q. So other than Sheriff Filla did the Board

14 have any contact or communications with anyone

15 regarding SRO Huggins and Alexis Swearingen?

16     A. Not to my knowledge.

17     Q. Are you by chance the one -- in this case

18 we served some written discovery on the Board and

19 part of that was a document called

20 interrogatories, which are just questions, and

21 then the party writes answers to them. Are you by

22 chance the one who signed -- do you remember

23 signing an affirmation?

24     A. I did.

25     Q. Okay. So you helped respond to that --

1   to the interrogatories; is that correct?
2       A.   No, I didn't help respond.  I just signed
3   it after the lawyers prepared it, and that was
4   their advice that we sign it.
5       Q.   Okay.  Did you have any conversations
6   with anyone in the Sheriff's Office in order to
7   answer those questions?
8       A.   No.
9       Q.   Okay.  Did you provide any information
10  with regard to answering those questions?
11      A.   I would have none.
12      Q.   Okay.  Did -- to your knowledge did
13  anyone else on the Board provide any information
14  to answer those questions?
15      A.   Not to my knowledge.
16      Q.   Okay.
17           MR. DOVE:  That's all my questions.
18  Thank you very much.
19           MS. LEE:  I have just a couple quick
20  clarifying questions.
21                CROSS EXAMINATION
22  BY MS. LEE:
23      Q.   Mr. James, my name is Abbey Lee.  I
24  represent the School District in this matter.
25  Real quickly, if I ask a question that you don't