# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **ALEXIS SWEARINGEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No: 2:20-cv-02630-DDC-TJJ |
| | ) |
| **LINN COUNTY, KANSAS,** | ) |
| **LINN COUNTY SHERIFF PAUL FILLA,** | ) |
| **PLEASANTON UNIFIED SCHOOL** | ) |
| **DISTRICT 344,** | ) |
| **DAVID ALLEN HUGGINS,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT PLEASANTON UNIFIED SCHOOL DISTRICT 344 PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff Alexis Swearingen and Defendant Pleasanton Unified School District 344 hereby jointly stipulate the dismissal of this Defendant only in the above captioned matter with prejudice pursuant to a settlement reached by the parties. This Stipulation has no impact on Plaintiff's claims against the remaining Defendants.

Further, Plaintiff and this Defendant stipulate that each shall bear her/its own costs and attorney fees.

Respectfully submitted:

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**

/s/ Michael K. Seck
Michael K. Seck, KS #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS 66210
(913) 339-6757 / Fax : (913) 339-6187
mseck@fpsslaw.com
**Attorney for Defendant Pleasanton Unified School District # 344**

{O0372356}

/s/ Chris Dove
Chris Dove, KS #21251
Daniel R. Zmijewski, KS #21275
DRZ LAW, LLC.
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
P: 816-333-4379
F: 816-523-5667
chris@drzlawfirm.com
dan@drzlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically filed the foregoing document with the Clerk of the District Court, and a copy was served via e-mail on the following:

Kevin D. Case
2600 Grand Blvd., Ste. 300
Kansas City, MO 64108
(816) 979-1516/Fax:  (816) 979-1501
kevin.case@caselinden.com
**ATTORNEY FOR LINN COUNTY DEFENDANTS**

/s/ Michael K. Seck
Michael K. Seck

{O0372356}