## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALEXIS SWEARINGEN,<br><br>       Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LINN COUNTY, KS, et al.,,<br><br>       Defendants. | Case No. 2:20-cv-02630-DDC-TJJ |

### JOINT STIPULATION OF DISMISSAL

Plaintiff Alexis Swearingen and Defendants Board of County Commissioners of Linn County, Kansas ("BOCC") and Kevin J. Friend jointly stipulate to the dismissal of all claims made against Defendants BOCC and Friend with prejudice, with each party to bear its own costs and attorney's fees.

Prepared and Respectfully submitted by,

**Case Linden Kurtz Buck P.C.**

s/Cory R. Buck
Kevin D. Case, USDC KS 14570
Cory R. Buck, USDC KS 25969
2600 Grand Boulevard, Suite 300
Kansas City, MO  64108
Tel:   (816) 979-1500
Fax:  (816) 979-1501
kevin.case@caselinden.com
cory.buck@caselinden.com
Attorneys for Defendant Kevin Friend

          Agreed to:

          s/ Christopher S. Dove
          Christopher S. Dove
          Daniel R. Zmijewski
          DRZ Law, LLC
          8700 State Line Rd., Ste. 305
          Leawood, KS  66206
          Attorneys for Plaintiff

**Certificate of Service**

  I hereby certify that on April 4, 2023 a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Christopher S. Dove
Daniel R. Zmijewski
DRZ Law, LLC
8700 State Line Rd., Ste. 305
Leawood, KS  66206
Attorneys for Plaintiff

Michael K. Seck
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Ste. 300
9393 West 110th Street
Overland Park, KS  66210-1402
Attorneys for Defendant Pleasanton Unified School District 344

          s/Cory R. Buck
          Cory R. Buck